IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02832-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

     Plaintiff,

v.

JOHN DOES 1-11,

     Defendants.

---

## ORDER

In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on January 7, 2015 (ECF No. 13), it is

ORDERED that Defendant John Doe 7 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  January 7, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge