IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02832-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

JOHN DOES 1-6, 8-11,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal of Case filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 30, 2015 (ECF No. 22), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  May 5, 2015

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge